UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Alberto Pena,

Defendant.

15-cr-551 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Pena's motion for compassionate release pursuant to 18 U.S.C. § 3582(c). The Government is ordered to respond to Mr. Pena's motion no later than May 4, 2020 at 12 P.M.

SO ORDERED.

Dated: April 30, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1