```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

        –v–

Alberto Pena,

        Defendant.

15-cr-551 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Mr. Pena's motion for compassionate release pursuant to 18 U.S.C. § 3582(c), and the Government's opposition to that motion. Any reply from Mr. Pena is due by May 5, 2020.

    SO ORDERED.

Dated: May 4, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge