USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>　　　　–v–<br><br>Alberto Pena,<br><br>　　　　　　Defendant. | 15-cr-551 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

On May 4, 2021, the Defendant filed a motion to modify the terms of his conditions of supervised release. The government has not responded to the Defendant's motion. The government has until May 24, 2021 to respond to the motion.

SO ORDERED.

Dated: May 21, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　United States District Judge

1