USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

    –v–

Alberto Pena,

    Defendant.

15-cr-551 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In May of 2020, the Court granted Mr. Pena's motion for compassionate release and ordered that the Defendant serve the remaining portion of his original term of imprisonment, i.e. until February 15, 2022, under home confinement with GPS monitoring. Dkt. Nos. 340-341. On May 4, 2021, Mr. Pena submitted a letter requesting that the Court modify his supervised release to remove the conditions of home confinement and GPS monitoring. Dkt. No. 348. The Government opposed the motion. Dkt. No. 350.

    The Court will not modify Mr. Pena's conditions of supervised release. The Court determined in its Opinion & Order granting Mr. Pena's motion for compassionate release that Mr. Pena no longer presented a danger to the community, but nonetheless determined it was necessary to impose the additional condition that Mr. Pena remain under home confinement for the remainder of his sentence to meet the purposes of sentencing. Although Mr. Pena has been compliant with his terms of supervised release, that alone is not a sufficient justification for the Court to alter its prior determination. The motion is therefore DENIED. This resolves Dkt. No. 248.

1

SO ORDERED.

Dated: June 7, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge