USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022

**SHER TREMONTE LLP**

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Alberto Pena*, 15-CR-551 (PAE)

Dear Judge Engelmayer:

I represent Alberto Pena, the defendant in the above-referenced case. I write with the consent of the government and the Probation Department to respectfully request that the Court authorize Mr. Pena to travel to the Dominican Republic between May 23 and June 4, 2022, to visit his elderly mother.

By way of background, Mr. Pena, who is 62 years old, pled guilty in February 2016 to conspiracy to commit Hobbs Act robbery, and was subsequently sentenced by the Honorable Alison J. Nathan to 84 months' incarceration. In May 2020, Judge Nathan granted Mr. Pena compassionate release and, since that time, he has been on home detention living with his family in Mount Vernon, New York, and has abided by all the terms of his supervision.

Mr. Pena would like to travel to the Dominican Republic on May 23, 2022, to visit his mother, who is 97 years old. Mr. Pena's proposed travel would coincide with Dominican Mother's Day, which is celebrated on May 29. Mr. Pena has not seen his mother in several years and her health precludes travel to the United States. If approved, Mr. Pena would travel with a nephew, who would accompany him throughout the trip. In addition, should the Court require, Mr. Pena's wife and son would surrender their passports to the Probation Department for the duration of the travel (Mr. Pena and his entire immediate family are U.S. citizens). I have spoken with Mr. Pena's supervising probation officer and Assistant U.S. Attorney Eli Mark and both consent to the proposed travel. Accordingly, I respectfully request that the Court authorize Mr. Pena to travel to the Dominican Republic between May 23 and June 4, 2022.

GRANTED.

SO ORDERED.

Dated: April 5, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge